IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHANNON COOK,** | : | CIVIL ACTION NO. 1:16-CV-108 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **KOHL'S DEPARTMENT STORES, INC.,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 18th day of October, 2016, upon consideration of the court's order (Doc. 18) of August 5, 2016, granting defendant's unopposed motion (Doc. 17) to stay proceedings in the above-captioned matter pending a ruling by the Judicial Panel on Multidistrict Litigation ("JPML") on a motion to transfer this and other actions to the Northern District of Illinois pursuant to 28 U.S.C. § 1407, and further upon consideration of the JPML's order (Doc. 19) of October 4, 2016, denying said motion to transfer, and it appearing that it is appropriate at this juncture to lift the stay imposed by the court's prior order (Doc. 18), and it further appearing that the fact discovery deadline set forth in the court's initial case management order (Doc. 15) has since expired, and the dispositive motion and supporting brief deadline is set to expire on October 31, 2016, such that a modified case management order may be appropriate, it is hereby ORDERED that:

1. The stay imposed by the court's order (Doc. 18) of August 5, 2016 is LIFTED.

2. The parties are directed to meet and confer with the goal of developing an appropriate pretrial and trial schedule.  If the parties agree that the present case management schedule (Doc. 15) remains appropriate, the parties shall so notify the court on or before **Friday, October 28, 2016**.  If the parties believe modification of the present case management schedule (Doc. 15) is necessary, the parties shall, on or before **Friday, October 28, 2016**, submit a joint proposed scheduled to the court or, in the event the parties are unable to agree, submit individualized proposed schedules for the court's consideration.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania